RINCÓN, PLAINTIFF-APPELLANT, *v.* ROIG, DEFENDANT-APPELLANT.

Second District Court of San Juan.

No. 2639.—Decided July 27, 1922.

Attorney Enrique Rincón brought an action against Pedro Roig to recover the sum of $1,000 on a contract for professional services rendered to the defendant and the payment of the expenses in an action by Roig against Julio García Casas for the acknowledgment of a civil partnership. Roig agreed to pay $500 when the action was brought, $500 on the day of the trial, and the balance of $500 at the termination of the action. On filing the complaint of Roig against García Casas he received $500. He also had to file a petition for an injunction and after that the action was compromised and Roig bought García out for $30,000. The defendant herein refuses to pay the balance of $1,000.

In his answer Roig denied that the contract was entered into as alleged and averred that he had agreed to pay $1,000 in the following manner: $500 when the action was brought and the other $500 when final judgment was entered. He alleged that having paid $500 when the complaint was filed he performed his contract, inasmuch as the action was never brought to trial and the plaintiff had a right to only $500, the action having been dismissed without a trial or judgment.

There is an absolute disparity between the parties as to what was the agreement. The evidence at the trial was conflicting, each party maintaining his own position. The judgment was that the defendant should pay $500 and both parties appealed.

The conflict in the evidence, was not adjusted in favor of either party; therefore, the judgment should be reversed

and the case remanded to the trial court so that it may adjust the conflict and render judgment accordingly.

MR. JUSTICE ALDREY delivered the opinion of the court.

---

VALL SPINOSA, PLAINTIFF AND APPELLEE, *v.* NITRATE AGENCIES CO., DEFENDANT AND APPELLANT.

District Court of San Juan, Section One.

No. 2382.—Decided July 28, 1922.

The plaintiff, a commission agent, brought this action to recover his commission on two sales of fertilizer made for the appellant.

The defendant admitted the claim as to one of the sales and deposited in court the amount of it.

The judgment was for the plaintiff for $1,624, interest at the legal rate and costs, after deducting the amount deposited.

Among other assignments discussed at length, the appellant alleged that the district court erred in rendering judgment on September 23, 1920, after the plaintiff's brief had been filed on September 14th and before the defendant's brief had been filed and before the expiration of 15 days from the date of service of the plaintiff's brief. The other assignments refer almost exclusively to the consideration given by the court to the acts of the parties in connection with the sale of the fertilizer.

The trial ended on July 7th and the court allowed the plaintiff 15 days for filing his brief and the defendant 15 days for filing his. The judgment was rendered on September 23rd.

In a motion for reconsideration it is alleged that the plaintiff's brief was not filed until September 14th and the appellant's theory is that he had 15 days from that date for filing a brief in reply. The motion was overruled